UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 3:02CR366(CFD) |
| : | |
| OSCAR GONZALEZ : | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of Count One of the Indictment dated December 18, 2002 pending against the defendant, Oscar Gonzalez.

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

By: _____
     ANASTASIA ENOS KING
     ASSISTANT UNITED STATES ATTORNEY
     Federal Bar No. ct24192
For: JAMES K. FILAN, JR.
     ASSISTANT UNITED STATES ATTORNEY
     Federal Bar No. Ct15565
     915 Lafayette Blvd.
     Bridgeport, CT 06604
     (203) 696-3000

Leave of court is granted for the filing of the foregoing dismissal. It is so ordered.

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

Dated: _____
      Hartford, Connecticut

2

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed this 7thday of February, 2006 to the following:

Frank Riccio, Esq.
923 East Main Street,
P.O. Box 491
Bridgeport, CT 06601

_____
ANASTASIA ENOS KING
ASSISTANT UNITED STATES ATTORNEY