UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:02CR366(CFD) |
| | : | |
| OSCAR GONZALEZ | : | |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of Count One of the Indictment dated December 18, 2002 pending against the defendant, Oscar Gonzalez.

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

By: *Anastasia Enos King*
ANASTASIA ENOS KING
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct24192

For: JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. Ct15565
915 Lafayette Blvd.
Bridgeport, CT 06604
(203) 696-3000

Leave of court is granted for the filing of the foregoing dismissal. It is so ordered.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

Dated: 3/2/06
Hartford, Connecticut